EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

ARUN LIMANI
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
(808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2002

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR02 00101 DAE |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | 18 U.S.C. § 2241(c) |
| ) | 18 U.S.C. § 2244(a)(1) |
| JOSEPH D. REYNOLDS, ) | |
| ) | |
| Defendant, ) | |
| ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about May 30, 2000, in the District of Hawaii, aboard Naval housing, at 4987-A Ewalu Way, Ewa Beach, Oahu, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, the defendant, **JOSEPH D. REYNOLDS**, did knowingly engage in a sexual act, to wit, the

penetration, however slight, of the genital opening of K.H., by finger, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of JOSEPH D. REYNOLDS, with K.H., a person who at that time had not attained the age of 12 years.

All in violation of Title 18, United States Code, Section 2241(c).

## COUNT 2

The Grand Jury further charges that:

On or about May 30, 2000, in the District of Hawaii, aboard Naval housing, at 4987-A Ewalu Way, Ewa Beach, Oahu, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, the defendant, **JOSEPH D. REYNOLDS**, did knowingly engage in a sexual act, to wit, the intentional touching, not through the clothing, of the genitalia of K.H., with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of JOSEPH D. REYNOLDS, with K.H., a person who at that time had not attained the age of 12 years.

All in violation of Title 18, United States Code, Section 2241(c).

## COUNT 3

The Grand Jury further charges that:

On or about May 30, 2000, in the District of Hawaii, aboard Naval housing, at 4987-A Ewalu Way, Ewa Beach, Oahu,

Hawaii, a place within the special maritime and territorial jurisdiction of the United States, the defendant, **JOSEPH D. REYNOLDS**, did knowingly engage in sexual contact, to wit, the intentional touching, directly, of the buttocks of K.H., with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of JOSEPH D. REYNOLDS, with K.H., a person who at that time had not attained the age of 12 years.

All in violation of Title 18, United States Code, Section 2244(a)(1).

### COUNT 4

The Grand Jury further charges that:

On or about May 30, 2000, in the District of Hawaii, aboard Naval housing, at 4987-A Ewalu Way, Ewa Beach, Oahu, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, the defendant, **JOSEPH D. REYNOLDS**, did knowingly engage in sexual contact, to wit, intentionally causing K.H. to directly touch the genitalia of JOSEPH D. REYNOLDS, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of JOSEPH D. REYNOLDS, with K.H., a person who at that time had not attained the age of 12 years.

All in violation of Title 18, United States Code, Section 2244(a)(1).

/

/

Dated: 3/28/02 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
ARUN LIMANI
Special Assistant U.S. Attorney

UNITED STATES v. JOSEPH D. REYNOLDS
CR. #
INDICTMENT